S. F. Sayrs, Defendant in Error, v. E. F. Thompson, Plaintiff in Error.

Gen. No. 17,221.

LANDLORD AND TENANT—*reimbursement of tenant for repairs.* Where a tenant had no agreement either with his landlord or the latter's grantor for reimbursement for sums spent in repairs he is not entitled to be repaid sums so spent during the term of the lease.

Error to the Municipal Court of Chicago; the Hon. JOHN H. GILLEN, Judge, presiding. Heard in this court at the March term, 1911. Affirmed. Opinion filed October 1, 1912. Rehearing denied and opinion modified and refiled October 15, 1912.

THOMPSON & CLARK, for plaintiff in error.

M. B. WALTZ, for defendant in error.

MR. JUSTICE BARNES delivered the opinion of the court.

This was a suit in forcible detainer united with a claim for rent under Section 48 of the Municipal Court Act. A judgment was given for possession and $175 accrued rent.

Plaintiff in error claimed a set-off for the value of improvements made by him several years prior to the purchase of the premises by defendant in error, but. had paid the latter rent for nearly four years before the suit was brought.

It is well settled as a general rule that a landlord is under no obligation to pay the tenant for improvements made during the term of a lease in the absence of an agreement to that effect, and none was shown in this case, either with defendant in error or his grantor. Bedford v. Bedford, 136 Ill. 354; Diederich v. Rose, 228 Ill. 610.

The judgment will be affirmed.

*Affirmed.*